PK

## MOTION FOR ATTORNEY REPRESENTATION
### (NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, **Lemar Bridges JR**, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation: (NOTE: This item must be completed.)
   **Micheal J. Mullen**
   **John T. Allen**

   but I have been unable to find an attorney because:
   **NEVER GOT A RESPONSE BACK.**

   **FILED**
   JAN 22 2018 PK
   THOMAS G. BRUTON
   CLERK, U.S. DISTRICT COURT

3. I declare that (check all that apply):
   (Now:)
   ☒ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I am currently represented by an attorney requested by the Court in any federal criminal or civil case. The case is described on the back of this page.

   *(Earlier:)*
   ☒ I *have not* been represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I *have* previously been represented by an attorney requested by the Court in any federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):

   ☒ I have attached an original Application for Leave to Proceed In Forma Pauperis detailing my financial status.

   ☐ I have previously filed an original Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

   ☐ I have previously filed an original Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed in *Forma Pauperis* to reflect my current financial status.

32 Of 37    1:18-cv-00527
Judge Rebecca R. Pallmeyer
Magistrate Judge Michael T. Mason
PC8

5. ☒ Grammar School ☐ Some high School ☒ High School Graduate

   ☐ Some College ☐ College Graduate ☐ Post-graduate

6. I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check **only** if applicable.)

7. I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check **only** if applicable.)

8. I declare under penalty of perjury that the foregoing is true and correct.

_Lamar Bentyne Jr_  
Movant's Signature

_502 Garnsey Ave_  
Street Address

_1- -18_  
Date

_Joliet Ill, 60432_  
City, State, Zip

Other cases in which an attorney requested by this court has represented me:

| Case Name: None | Case No.: N/A |
|---|---|
| Attorney's Name: N/A | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |
| Case Name: None | Case No.: N/A |
| Attorney's Name: N/A | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |
| Case Name: None | Case No.: N/A |
| Attorney's Name: N/A | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |